**United States District Court**
For the Northern District of California

1

2

3

4

5

6                              IN THE UNITED STATES DISTRICT COURT

7

8                              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    ANTHONY J. MORENO and PATRICIA C.
     MORENO,
10                                                        No. C 10-03445 JSW

              Plaintiffs,
11
          v.
12                                                        **ORDER OF DISMISSAL OF**
                                                          **ENTIRE ACTION**
     GUARANTY BANK, ROUNDPOINT
13   MORTGAGE SERVICING CORPORATION,
     and DOES 1-100, inclusive,
14
              Defendants.
15
     _____/
16

17          On November 9, 2010, this Court issued an order adopting the Report and

18   Recommendation and dismissing defendant Roundpoint Mortgage Servicing Corporation

19   ("Roundpoint") without leave to amend.

20          In the same order, the Court noted that Plaintiffs had failed to prosecute this matter

21   against both defendants and defendant Guaranty Mortgage Bank has failed to appear.[1]

22   Accordingly, Plaintiffs were ordered to show cause, in writing, why this case should not be

23   dismissed in its entirety for failure to prosecute.  The Court required that Plaintiffs' response to

24   this Order to Show Cause be filed with the Court and served on Defendant Guaranty Mortgage

25   Bank by no later than November 24, 2010.  Plaintiffs were advised that failure to respond to the

26   Order to Show Cause shall result in a dismissal of this action for failure to prosecute.

27   _____

28          [1] The Court notes the representation from Defendant Roundpoint that "[a]s Co-
     Defendant "Guaranty Bank is financially insolvent and under receivership from the FDIC
     [Federal Deposit Insurance Corporation], Defendant is unaware if Guaranty Bank has
     received or been served with the summons and Complaint in this Action." (Notice of
     Removal at 4.)

Having not received any response from Plaintiffs, the Court HEREBY DISMISSES this entire action.  The Clerk may close the file.

**IT IS SO ORDERED.**

Dated: December 3, 2010

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY J MORENO et al,

          Plaintiff,

  v.

GUARANTY BANK et al,

          Defendant.

_____/

Case Number: CV10-03445 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 3, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Anthony J. Moreno
322 Oak Tree Drive
Santa Rosa, CA 95401

Patricia C. Moreno
322 Oak Tree Drive
Santa Rosa, CA 95401

Dated: December 3, 2010

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

United States District Court

For the Northern District of California